AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

| | |
|---|---|
| <u>LORINE GAINES</u> ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   4:18-cv-00367-MW-CAS |
| <u>JULIE JONES, et al.,</u> ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Plaintiff LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES</u>   .

Date:   <u>08/09/2018</u>

<u> </u>
*Attorney's signature*

<u>Masimba M. Mutamba, Fla. Bar # 102772</u>
*Printed name and bar number*

HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida 33460

*Address*

<u>mmutamba@hrdc-law.org</u>
*E-mail address*

<u>(561) 360-2523</u>
*Telephone number*

<u>(866) 735-7136</u>
*FAX number*