UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LORINE GAINES, as Personal
Representative of the Estate
and Mother of VINCENT GAINES,**

    Plaintiff,

                                                CASE NO.:  4:18-cv-367-MW-CAS

v.

**JULIE JONES, in her official and
individual capacities; KEVIN D. JORDAN,
individually; CORIZON HEALTH, INC.;
DOES 1-20, in their individual capacities,**

    **Defendants.**
_____/

### DEFENDANTS' CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

    Defendants, JULIE JONES (JONES), and KEVIN D. JORDAN (JORDAN), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6.1 and 7.1 of the Local Rules of the United States District Court, Northern District of Florida (Local Rules), hereby files their Consented Motion For Extension of Time to Respond to the Complaint, and in support of this motion, states as follows:

    1.    The current deadline for Defendants JONES and JORDAN to file their response to the Complaint is October 15, 2018 (Doc. 18)

1

2. Because of the recent situation caused by Hurricane Michael, the undersigned's office has been closed since Tuesday, October 9, 2018. Electric power and internet services for the undersigned's offices were only recently restored today, Friday, October 15, 2018.

3. Based on this unforeseen situation caused by Hurricane Michael, the undersigned has requested and the Plaintiff's attorneys have agreed to an extension of time of one week to file a response to the Complaint on behalf of Defendants JONES and JORDAN.

4. Therefore, Defendants JONES and JORDAN, with the express consent and agreement of the Plaintiff, respectfully requests the court to grant their consented motion for an extension of the time of one week to file a response to the Complaint up to and including **October 22, 2018.** This enlargement of time will not result in any delay or prejudice, and furthermore, good cause exists for the court to grant this consented motion.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1 (B), prior to filing this motion, the undersigned counsel conferred with Plaintiff's counsel who advised that they had no objection to the motion.

WHEREFORE, pursuant to this consented motion, Defendants, JULIE JONES and KEVIN D. JORDAN, request that the Court grant her consented

motion for an extension of the time to file a response to the Complaint up to and including **October 22, 2018.**

Dated this 12th day of October 2018.

HENRY BUCHANAN, P.A.

*s/ J. Steven Carter*
J. STEVEN CARTER
Florida Bar No. 896152
scarter@henryblaw.com
MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
(850) 224-0034: Facsimile
*Counsel for Defendant: JULIE JONES, in her official and individual capacities and Kevin D. Jordan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF, which automatically provides electronic documentation/notification of this filing to all attorneys of record, on this the 12th day of October 2018.

*s/J. Steven Carter*
Attorney