UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLASSEE DIVISION

| | |
|---|---|
| LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES,<br><br>    Plaintiff,<br>                    v.<br><br>JULIE JONES, in her official and individual capacities; KEVIN D. JORDAN, individually; CORIZON HEALTH, INC.; and DOES 1-20, in their individual capacities.<br><br>    Defendants. | Civil Division<br><br><br><br><br><br>Case No. 4:18-cv-367-MW-CAS |

**PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO CORIZON'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Plaintiff LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6.1 and 7.1 of the Local Rules of the United States District Court, Northern District of Florida (Local Rules), hereby files its Consented Motion For Extension of Time to Respond to Defendant CORIZON HEALTH, INC.'s ("Corizon's") Motion to Dismiss The Plaintiff's Complaint, and in support of this motion, states as follows:

1. The current deadline for Plaintiff's response to Corizon's motion to dismiss is October 16, 2018.

2. Due to Plaintiff's counsel's schedule, Plaintiff requires additional time to respond to Corizon's motion.

3. Therefore, Plaintiff, with the express consent and agreement of Corizon, respectfully requests the Court to grant its consented motion for an extension of the time of one week to file a response to the Motion to Dismiss Plaintiff's Complaint up to and including **October 23, 2018**. This enlargement of time will not result in any delay or prejudice, and furthermore, good cause exists for the Court to grant this consented motion.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1 (B), prior to filing this motion, the undersigned counsel conferred with Defendant's counsel who advised that they had no objection to the motion. WHEREFORE, pursuant to this consented motion, Plaintiff, LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES, requests that the Court grant her consented motion for an extension of the time to file a response to the Complaint up to and including **October 23, 2018**.

Dated this 15th day of October 2018.

>Respectfully submitted,
>
>/s/ Sabarish Neelakanta
>Sabarish Neelakanta, Fla. Bar No.: 26623
>sneelakanta@hrdc-law.org
>Masimba Mutamba, Fla. Bar No.: 102772
>mmutamba@hrdc-law.org
>Daniel Marshall, Fla. Bar No.: 617210
>dmarshall@hrdc-law.org
>HUMAN RIGHTS DEFENSE CENTER
>P.O. Box 1151
>Lake Worth, FL 33460
>Tel.: (561) 360-2523
>Fax: (866) 735-7136
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF, which automatically provides electronic documentation/notification of this filing to all attorneys of record, on this the 15th day of October 2018.

>s/ Sabarish Neelakanta
>*Attorney for Plaintiff*