UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE No. 4:18-CV-00367-MW-CAS

LORINE GAINES,

    Plaintiff,

vs.

JULIE JONES, KEVIN D. JORDAN
and CORIZON HEALTH, INC.,

    Defendants.
_____/

### DEFENDANT CORIZON HEALTH, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Corizon Health, Inc. ("Corizon") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

    (a)    Lorine Gaines, Plaintiff;

    (b)    Julie Jones, Defendant;

(c)   Kevin D. Jordan, Defendant;

(d)   Corizon Health, Inc., Defendant, which is a wholly owned subsidiary of Valitás Holdings, Inc., which is privately held;

(e)   Masimba M. Mutamba, Counsel for Plaintiff;

(f)   Sabarish P. Neelakanta, Counsel for Plaintiff;

(g)   Human Rights Defense Center, 1013 Lucerne Avenue, 2nd Floor, Lake Worth, FL 33460, Counsel for Plaintiff;

(h)   Joel Steven Carter, Counsel for Defendants Jones and Jordan;

(i)   Miriam R. Coles, Counsel for Defendants Jones and Jordan;

(j)   Henry Buchanan, P.A., 2508 Barrington Circle, Tallahassee, FL 32308, Counsel for Defendants Jones and Jordan;

(k)   Gregg A. Toomey, Counsel for Defendant Corizon;

(l)   The Toomey Law Firm, 1625 Hendry Street, Suite 203, Fort Myers, FL 33901, Counsel for Defendant Corizon.

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None.*

3.   The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

*None.*

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*None.*

I hereby certify that we are unaware of any actual or potential conflict of interest involving the district judge and magistrate assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there are no actual or potential conflicts of interest.

    By:   /s/ Gregg A. Toomey
             Gregg A. Toomey
             Florida Bar No. 159689

The Toomey Law Firm LLC • The Old Robb & Stucky Building, Suite 203 • 1625 Hendry Street • Fort Myers, Florida 33901

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

Masimba M. Mutamba
Sabarish P. Neelakanta
*Attorneys for Plaintiff*
Human Rights Defense Center
1013 Lucerne Avenue, 2nd Floor
Lake Worth, FL 33460
Phone: 561-360-2523
Fax: 866-735-7136
Email: mmutamba@hrdc-law.org
sneelakanta@humanrightsdefensecenter.org

Joel Steven Carter
Miriam R. Coles
*Attorneys for Defendants Jones and Jordan*
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL 32308
Phone: 850-222-2920
Fax: 850-224-0034
Email: scarter@henryblaw.com
mcoles@henryblaw.com

THE TOOMEYLAW FIRM LLC
*Attorneys for Defendant Corizon*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239-337-1630
Fax: 239-337-0307
Email: gat@thetoomeylawfirm.com
alr@thetoomeylawfirm.com
hms@thetoomeylawfirm.com

By:   /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689