## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES,<br><br>    Plaintiff,<br><br>                              v.<br><br>JULIE JONES, in her official and individual capacities; KEVIN D. JORDAN, individually; and CORIZON HEALTH, INC.<br>    Defendants. | Civil Division<br><br>Case No. 4:18-cv-00367-MW-CAS |

## JOINT MOTION FOR TRANSFER OF VENUE

Plaintiff LORINE GAINES, as Personal Representative of the Estate and Mother of Vincent Gaines and Defendants JULIE JONES, KEVIN D. JORDAN, and CORIZON HEALTH, INC. (the "Parties") file this Joint Motion for Transfer of Venue pursuant to 28 U.S.C. §1404(a), and in support thereof state as follows:

1.      On August 1, 2018, Plaintiff filed the instant action in the Northern District of Florida.

2.      On October 2, 2018, Defendant Corizon filed its Motion to Dismiss the Plaintiff's Complaint.

3.      On October 19, 2018, Plaintiff filed her First Amended Complaint

1

pursuant to Fed. R. Civ. P. 15(a)(1)(B).

4.     28 U.S.C. § 1404(a) states: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any division to which all parties have consented."

5.     Without prejudice to Plaintiff's filing of this action in the Northern District, all Parties have consented to the transfer of venue to the Middle District of Florida for the convenience of the parties and witnesses, as the events described in the operative complaint occurred within that District.

6.     This Motion is filed in good faith, is not intended to delay the progress of this matter, and will not result in prejudice, as it is jointly submitted.

7.     WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion for Transfer of Venue and, pursuant to 28 U.S.C. § 1404(a), enter an Order transferring this case from the Northern District to the Middle District of Florida.

Dated: October 30, 2018

Respectfully submitted,

/s/ Masimba Mutamba
Masimba Mutamba
Florida Bar No.: 102772
mmutamba@hrdc-law.org
Sabarish Neelakanta
Florida Bar No.: 26623
sneelakanta@hrdc-law.org
Daniel Marshall
Florida Bar No.: 617210
dmarshall@hrdc-law.org
HUMAN RIGHTS DEFENSE
CENTER
P.O. Box 1151
Lake Worth, FL 33460
Tel.: (561) 360-2523
Fax: (866) 735-7136

/s/ Edwin Ferguson
Edwin Ferguson
Florida Bar. No.: 15216
eferguson@thefergusonfirm.net
THE FERGUSON FIRM, PLLC
41 West 27th Street
Riviera Beach, Florida 33404
Tel.: (561) 840-1846
Fax: (561) 840-1642
*Attorneys for Plaintiff*

/s/ J. Steven Carter
J. Steven Carter
Florida Bar No. 896152
scarter@henryblaw.com
Miriam R. Coles
Florida Bar No. 58402
mcoles@henryblaw.com
HENRY BUCHANAN, P.A.
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
Tel.: (850) 222-2920
Fax: (850) 224-0034
*Attorney for Defendants Jones and Jordan*

/s/ Gregg A. Toomey
Gregg A. Toomey, Esq.
Florida Bar. No.: 159689
The Toomey Law Firm LLC
1625 Hendry Street, Suite 203
Ft. Myers, FL 33901
Tel.: (239) 337-1630
Fax: (239) 337-0307
gat@thetoomeylawfirm.co
hms@thetoomeylawfirm.com
*Attorney for Defendant Corizon*

3