# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES,<br><br>Plaintiff,<br><br>v.<br><br>JULIE JONES, in her official and individual capacities; KEVIN D. JORDAN, individually; and CORIZON HEALTH, INC.,<br><br>Defendants. | Case No.:<br><br>4:18-cv-00367-MW-CAS |

## JOINT STATUS REPORT ON DISCOVERY

In accordance with the Initial Scheduling Order of the Court, Plaintiff LORINE GAINES, as Personal Representative of the Estate and Mother of Vincent Gaines and Defendants JULIE JONES, and KEVIN D. JORDAN (the "Parties") provide the following information:

1. On October 24, 2018, the Parties conducted a Conference of Parties pursuant to the Court's Initial Scheduling Order and as required by Rule 26(f).

2. At that time, the Parties discussed conducting discovery in the case, alongside the other matters required by the Initial Scheduling Order and Rule 26(f); however, the Parties also discussed potentially filing a Joint Motion for Transfer of

1

Venue ("Joint Motion") of the case from this Court to the Middle District of Florida, Jacksonville Division.

3. On October 29, 2018, the Parties confirmed their agreement to the Joint Motion.

4. On October 30, 2018, the Parties filed their Joint Motion and presently await a ruling from the Court before proceeding with discovery in the case.

DATED: October 31, 2018.

                 Respectfully submitted,

| /s/ Masimba Mutamba | s/ J. Steven Carter |
|---|---|
| Masimba Mutamba | J. Steven Carter |
| Florida Bar No.: 102772 | Florida Bar No. 896152 |
| mmutamba@hrdc-law.org | scarter@henryblaw.com |
| Sabarish Neelakanta | Miriam R. Coles |
| Florida Bar No.: 26623 | Florida Bar No. 58402 |
| sneelakanta@hrdc-law.org | mcoles@henryblaw.com |
| Daniel Marshall | HENRY BUCHANAN, P.A. |
| Florida Bar No.: 617210 | Post Office Drawer 14079 |
| dmarshall@hrdc-law.org | Tallahassee, Florida 32317-4079 |
| HUMAN RIGHTS DEFENSE | (850) 222-2920: Telephone |
| CENTER | (850) 224-0034: Facsimile |
| P.O. Box 1151 | *Attorney for Defendants Jones and* |
| Lake Worth, FL 33460 | *Jordan* |
| Tel.: (561) 360-2523 | |
| Fax: (866) 735-7136 | s/ Gregg A. Toomey |
| | Gregg A. Toomey, Esq. |
| /s/ Edwin Ferguson | Florida Bar. No.: 159689 |
| Edwin Ferguson | The Toomey Law Firm LLC |
| Florida Bar. No.: 15216 | 1625 Hendry Street, Suite 203 |
| eferguson@thefergusonfirm.net | Ft. Myers, FL 33901 |
| THE FERGUSON FIRM, PLLC | Phone: (239) 337-1630 |
| 41 West 27th Street | Fax: (239) 337-0307 |

Riviera Beach, Florida 33404
Tel.: (561) 840-1846
Fax: (561) 840-1642
*Attorneys for Plaintiff*

gat@thetoomeylawfirm.co
hms@thetoomeylawfirm.com
*Attorney for Defendant Corizon*