# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**LORINE GAINES,**

    *Plaintiff,*

v.                        Case No. 4:18cv367-MW/CAS

**JULIE JONES, et al.,**

    *Defendants.*

_____/

## ORDER TRANSFERRING CASE

The parties jointly moved to transfer this case to the Middle District of Florida. ECF No. 26. The parties failed to identify a division in the Middle District to which they seek transfer, so this Court issued an order requiring further briefing. ECF No. 27. The parties have now identified that they seek a transfer to the Jacksonville Division. *See* ECF No. 28, at 2.

Accordingly,

**IT IS ORDERED:**

1. The parties' joint motion to transfer, ECF No. 26, is **GRANTED**.

2. The Clerk is directed to take all necessary steps to effectuate the transfer of this case to the Middle District of Florida, Jacksonville Division.

3. The Clerk is directed to close this case in the Northern District of Florida, Tallahassee Division.

**SO ORDERED on October 31, 2018.**

                                  <u>**s/Mark E. Walker**</u>
                                  **Chief United States District Judge**